IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL DEAN ROBERTS, | ) | No. C 12-00818 EJD (PR) |
| Petitioner, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| R. GROUNDS, Warden, | ) ) | |
| Respondents. | ) ) | |

Petitioner, a California prisoner at the Correctional Training Facility in Soledad, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). The petition indicates that Petitioner was convicted in Riverside County which lies within the venue of the Eastern Division of the Central District of California. See 28 U.S.C. 84(c).

Accordingly, the above-titled action is hereby TRANSFERRED to the United

Order of Transfer
G:\PRO-SE\SJ.EJD\HC.12\00818Roberts_transfer.wpd

1 States District Court for the Eastern Division of the Central District of California.

2 <u>See</u> 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

The Clerk shall transfer this matter and terminate any pending motions.

DATED: 6/18/2012



EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL DEAN ROBERTS,

        Petitioner,

v.

R. GROUNDS, Warden,

        Respondent.

Case Number: CV12-00818 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/19/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Dean Roberts F-59111
Correctional Training Facility
P. O. Box 705
Soledad, CA 93960

Dated: 6/19/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk